ANDREWS *v*. CITY OF SAN BERNARDINO ET AL.

No. 137.   Decided October 10, 1960.

*Manuel Ruiz, Jr.* for appellant.

*Waldo Willhoft* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

HYAM ET AL. *v*. UPPER MONTGOMERY JOINT AUTHORITY ET AL.

No. 150.   Decided October 10, 1960.

*Peyton Ford* and *J. Howard McGrath* for appellants.

*Aloysius B. McCabe* and *Joseph DuCoeur* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.